IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ille, Benjamin

Printed: 9/30/08

Case Number: 08 B 17421
Judge: Goldgar, A. Benjamin
Filed: 7/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: September 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 50,000.00 | 0.00 |
| 5. | Chase Bank | Unsecured | 105.62 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 17.52 | 0.00 |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Applied Card Bank | Unsecured | | No Claim Filed |
| 9. | Bank Of America | Unsecured | | No Claim Filed |
| 10. | Bank Of America | Unsecured | | No Claim Filed |
| 11. | Chase | Unsecured | | No Claim Filed |
| 12. | Chase | Unsecured | | No Claim Filed |
| 13. | GC Services | Unsecured | | No Claim Filed |
| 14. | Home Depot | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Citibank | Unsecured | | No Claim Filed |
| 17. | Citibank (South Dakota), N.A. | Unsecured | | No Claim Filed |
| 18. | Citibank (South Dakota), N.A. | Unsecured | | No Claim Filed |
| 19. | Chase | Unsecured | | No Claim Filed |
| 20. | GEMB | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Harris Bank | Unsecured | | No Claim Filed |
| 23. | New Century Mortgage | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ille, Benjamin

Printed: 9/30/08

Case Number: 08 B 17421
Judge: Goldgar, A. Benjamin
Filed: 7/7/08

| | | | | |
|---|---|---|---|---|
| 26. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 27. | Providian Bank | Unsecured | | No Claim Filed |
| 28. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 29. | Ameriquest | Unsecured | | No Claim Filed |
| 30. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 31. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 32. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 33. | I C Systems Inc | Unsecured | | No Claim Filed |
| 34. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 50,123.14 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate                Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

